IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK
ALBANY DIVISION

| | |
|---|---|
| GOLUB CORPORATION | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION |
| | ) FILE NO. 1:17-cv-186 (FJS/DJS) |
| MARK GIVIS | ) |
| | ) STIPULATION OF DISMISSAL |
| Defendant, | ) WITH PREJUDICE |
| | ) |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for the Plaintiff and Defendant, Mark Givis, in the action entitled above, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Rule 41.3, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is dismissed with prejudice, without costs to any party as against the other.

Dated: May 2, 2017

KOLB CLARE & ARNOLD, PSC

_____
Rachael E. Banks
*Attorneys for Plaintiff*
35 Journal Square, Suite 419
Jersey City, NJ 07306
(201) 253-1968
rbanks@kcalegal.com

Dated: May 3, 2017

THE MILLS LAW FIRM, LLP

_____
Gregory S. Mills, Esq.
*Attorneys for Defendant, Mark Givis*
1520 Crescent Road, Suite 100
Clifton Park, NY 12065
(518) 373-9900
GMills@millslawny.com

IT IS SO ORDERED:

_____
Frederick J. Scullin, Jr.
Senior U.S. District Judge

Dated: May 4, 2017
Syracuse, NY